SAMUEL M. PENNOCK et al., Respondents, *v.* ANDREW G. WHITE, Impleaded, etc., Appellant.

(Argued May 5, 1881; decided June 23, 1881.)

THE questions presented in this case were as to the reception and the rejection of evidence, which were disposed of mainly on the facts and circumstances, no question of interest being presented.

*N. C. Moak* for appellant.

*Edward Savage* for respondents.

MILLER, J., reads for affirmance.
All concur.
Judgment affirmed.

---

HOSEA B. ECCLESTON, Respondent, *v.* JANE M. GUERNSEY, Impleaded, etc., Appellant.

(Argued June 15, 1881; decided June 23, 1881.)

*R. A. Stanton* for appellant.

*E. H. Prindle* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.